**George W. CARLISLE, Jr., Appellant,**

v.

**CITY OF ST. PETERS, HR
Department, Appellee.**

No. 07–2849.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 23, 2008.

Filed: Jan. 7, 2009.

George W. Carlisle Jr., St. Peters, MO,
for Plaintiff–Appellant.

Amy R. Brown, James N. Foster Jr.,
McMahon & Berger, St. Louis, MO, for
Defendant–Appellee.

Before MURPHY, BYE, and BENTON,
Circuit Judges.

PER CURIAM.

George W. Carlisle, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, see Jacob–Mua v. Veneman, 289 F.3d 517, 520 (8th Cir.2002), we conclude that summary judgment was properly granted for the reasons stated by the district court.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. See 8th Cir. R. 47B.